



MICHAEL A. CARDOZO
*Corporation Counsel*

THE CITY OF NEW YORK
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

MARTHA CALHOUN
phone: 212-788-0923
fax: 212-788-0940
email: mcalhoun@law.nyc.gov

February 6, 2008

**BY FACSIMILE**

Hon. Laura T. Swain
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 755
New York, New York 10007

**FILED ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel for represented parties and filing a certificate of such service within 5 days from the date hereof. Do fax such certification to Chambers.

Re: <u>Benjamin Waters v. Off. Patterson, et al.</u>,
 07 Civ. 9858 (LTS) (MHD)

Dear Judge Swain:

     I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Michael A. Cardozo, assigned to handle the above captioned matter. I write to respectfully request an extension of time to respond to the Complaint.

     The only defendants in this case are three individually named correction officers. Upon information and belief, defendant Officer Dor appears to have been served on January 22, 2008, defendant Officer Southerland appears to have been served on January 28, 2008, and defendant Officer Patterson has not yet been served. Accordingly, a responses are due for Officers Dor and Southerland on February 11, 2008 and February 18, 2008 respectively. It is respectfully requested that the time to respond on behalf of these defendants be extended to March 12, 2008.

     This additional time is necessary in order to investigate the Complaint's factual allegations and legal claims and to make representation decisions consistent with the requirements of New York General Municipal Law §50-k. This is the first request for an extension of time to respond.. As plaintiff is incarcerated and proceeding *pro se*, it was not feasible to obtain his prior consent to this request.

Copies mailed/faxed to _Deft's Counsel_
Chambers of Judge Swain    2-7-08

Thank you for your consideration of this request for an extension of time to respond to the Complaint until March 12, 2008.

Respectfully,

Martha Calhoun (MC 5009)
Assistant Corporation Counsel

cc:   Via overnight mail
Benjamin Henry Waters III
#241-07-01081
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, New York 11370

The request is granted.

SO ORDERED.

2/6/2008

LAURA