```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BENJAMIN HENRY WATERS, III,         :
                                    :
              Plaintiff,            :     ORDER
                                    :
         -against-                  :     07 Civ. 9858 (LTS)(MHD)
                                    :
OFFICER PATTERSON #17757, OFFICER   :
SOUTHERLAND #17611, OFFICER DOR     :
#17508                              :
                                    :
              Defendants.           :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby

    ORDERED that a telephone conference has been scheduled in the above-captioned action on **MONDAY, APRIL 28, 2008 at 2:00 P.M.** Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

    Defendants' counsel is to make the necessary arrangements for the conference call.

Dated: New York, New York
April 18, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Mr. Benjamin Henry Waters III
#241-07-01081
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

D. Alan Rosinus, Esq.
New York City Law Department, Office of Corporation Counsel
100 Church Street
New York, NY 10007
Fax: (212) 788-8877

2