```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BENJAMIN HENRY WATERS, III,         :
                                    :
                Plaintiff,          :     ORDER
                                    :
          -against-                 :     07 Civ. 9858 (LTS)(MHD)
                                    :
OFFICER PATTERSON #17757, OFFICER   :
SOUTHERLAND #17611, OFFICER DOR     :
#17508                              :
                                    :
                                    :
                Defendants.         :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Defendants Officers Dor and Southerland having served and filed an answer to the complaint,

It is hereby **ORDERED** as follows:

1. All discovery is to be completed by **THURSDAY, JULY 31, 2008.**

2. The parties are to submit a joint pre-trial order by **MONDAY, SEPTEMBER 15, 2008.** To accomplish this, plaintiff is to provide his portion of the joint pre-trial order (including a

statement of his claims, a list of his contentions of fact, a list of his trial witnesses, and a list of trial exhibits) to defendants' counsel by no later than **FRIDAY, AUGUST 15, 2008**. Defendants are to provide the equivalent information to plaintiff by no later than **FRIDAY, AUGUST 29, 2008**. Defendants' counsel is to meet with plaintiff in an attempt to agree on stipulations of fact and stipulations as to the authenticity and admissibility of exhibits by no later than **FRIDAY, SEPTEMBER 5, 2008**. Defendants' counsel is to arrange for the preparation of the final version of the joint pre-trial order and its signing and submission to the Court.

Dated: New York, New York
       April 28, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Mr. Benjamin Henry Waters III
#241-07-01081
George R. Vierno Center
09-09 Hazen Street
East Elmhurst, NY 11370

D. Alan Rosinus, Esq.
New York City Law Department, Office of Corporation Counsel
100 Church Street
New York, NY 10007
Fax: (212) 788-8877