```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BENJAMIN HENRY WATERS, III,          :

                Plaintiff,           :      ORDER

         -against-                   :      07 Civ. 9858 (LTS)(MHD)

OFFICER PATTERSON #17757, OFFICER    :
SOUTHERLAND #17611, OFFICER DOR      :
#17508                               :
                                     :
                Defendants.          :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:


    In view of the inability of the United States Marshal's Office to locate and serve the defendant identified as "Officer Patterson # 17757", plaintiff is to provide to the Marshal's Office any additional identifying information that he has that may facilitate service. If he requires additional information for this purpose from the New York City Law Department, he may request it.

Dated: New York, New York
       May 14, 2008

                              SO ORDERED.


                              _____
                              MICHAEL H. DOLINGER
                              UNITED STATES MAGISTRATE JUDGE




Copies of the foregoing Order have been sent today to:


Mr. Benjamin Henry Waters, III
#241-07-01081
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370


D. Alan Rosinus, Esq.
New York City Law Department, Office of Corporation Counsel
100 Church Street
New York, NY 10007
Fax: (212) 788-8877