UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
BENJAMIN HENRY WATERS, III,        :
                                   :
            Plaintiff,             :      **ORDER**
                                   :
       -against-                   :      07 Civ. 9858 (LTS)(MHD)
                                   :
OFFICER PATTERSON #17757, OFFICER  :
SOUTHERLAND #17611, OFFICER DOR    :
#17508                             :
                                   :
            Defendants.            :
----------------------------------x

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

   Defendants' counsel is to determine whether the Department of Correction has an employee who matches the description provided by plaintiff, and is to advise plaintiff and the court by no later than June 18, 2008.

Dated: New York, New York
       June 11, 2008

1

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent today to:

Mr. Benjamin Henry Waters, III
#241-07-01081
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370

D. Alan Rosinus, Esq.
New York City Law Department, Office of Corporation Counsel
100 Church Street
New York, NY 10007
Fax: (212) 788-8877