```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BENJAMIN HENRY WATERS, III,         :
                                    :
               Plaintiff,           :       ORDER
                                    :
         -against-                  :   07 Civ. 9858 (LTS)(MHD)
                                    :
OFFICER PATTERSON #17757, OFFICER   :
SOUTHERLAND #17611, OFFICER DOR     :
#17508                              :
                                    :
               Defendants.          :
------------------------------------x
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

Defendants' counsel having identified the defendant originally designated as "Officer Patterson" as likely to be Officer Derrick Patterson, Shield No. 7750, plaintiff is directed to amend his complaint to include this defendant by no later than **THURSDAY, AUGUST 14, 2008**. Once he files the amended complaint, plaintiff is instructed to contact the Pro Se Office to obtain the materials necessary to serve this new defendant. Upon receipt of those materials, plaintiff is instructed to send them to the Marshals as soon as possible to facilitate service within the prescribed time period, which is 120 days from the date of the filing of the amended complaint.

Dated: New York, New York
       June 20, 2008

                                        SO ORDERED.

                                        _____
                                        MICHAEL H. DOLINGER
                                        UNITED STATES MAGISTRATE JUDGE


Copies of the foregoing Order have been sent today to:


Mr. Benjamin Henry Waters, III
#241-07-01081
Anna M. Kross Center
18-18 Hazen Street
East Elmhurst, NY 11370


D. Alan Rosinus, Esq.
New York City Law Department, Office of Corporation Counsel
100 Church Street
New York, NY 10007
Fax: (212) 788-8877


And by inter-office mail to:


Pro Se Office
United States District Court, Southern District of New York
Daniel Patrick Moynihan Courthouse, Room 230
500 Pearl Street
New York, NY 10007-1312