UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

BENJAMIN HENRY WATERS III,

                                 Plaintiff,

               --against--

OFFICER PATTERSON #17757; OFFICER
SOUTHERLAND 17611; OFFICER DOR 17508,

                               Defendants.

------------------------------------------------------------------- x

**REVISED SCHEDULING ORDER**

07 Civ. 9858
(LTS)(MHD)

MICHAEL H. DOLINGER, Magistrate Judge:

The following revised schedule is hereby adopted:

1) Plaintiff shall file an Amended Complaint no later than **Monday, September 15, 2008.** If he fails to do so, he will be deemed to have abandoned any claim against Officer Patterson.

2) All discovery shall be completed by **Monday, September 29, 2008.**

3) The parties shall submit a joint pretrial order by **Thursday, November 13, 2008.** To accomplish this, plaintiff is to provide his portion of the joint pre-trial order (including a statement of his claims, a list of his contentions of fact, a list of his trial witnesses, and a list of his trial exhibits) to defendants' counsel by no later than **Tuesday, October 14, 2008.** Defendants are to provide the equivalent information to plaintiff by no later than **Tuesday, October 28, 2008.** Defendants' counsel is to meet with plaintiff in an attempt to agree on stipulations of fact and stipulations as to the authenticity and admissibility of exhibits no later

than **Tuesday, November 4, 2008**. Defendants' counsel is to arrange for the preparation of the final version of the joint pre-trial order and its signing and submission to the Court.

**SO ORDERED.**

Dated:   New York, New York
         Sept. 2, 2008

_____
MICHAEL H. DOLINGER
United States Magistrate Judge